# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

RANDY HART,

    Plaintiff,

v.                                            CASE NO. 4:18cv322-RH/CAS

SECRETARY, FLORIDA
DEPARTMENT OF
CORRECTIONS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed.

As noted in the report and recommendation, the plaintiff Randy Hart has at least three "strikes" under 28 U.S.C. § 1915(g). A plaintiff with three strikes may proceed *in forma pauperis* only if the plaintiff sufficiently alleges imminent danger of serious physical injury.

Mr. Hart alleges exposure to tobacco smoke. Exposure to tobacco smoke can violate the Eighth Amendment. *See Helling v. McKinney*, 509 U.S. 25 (1993). And

exposure to tobacco smoke can cause serious physical injury, even death. Most tobacco-caused serious physical injuries result from long-term exposure and cannot fairly be characterized as imminent.

To be sure, tobacco smoke can pose an imminent danger of serious physical injury in some circumstances, depending on such factors as a person's physical health and the amount and frequency of a person's exposure to tobacco smoke. This does not help Mr. Hart, because he has not alleged facts supporting any claim that injury *to him* from exposure to tobacco smoke is imminent. As the report and recommendation correctly concludes, Mr. Hart is not entitled to proceed *in forma pauperis*. Accordingly,

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on September 17, 2018.

> s/Robert L. Hinkle
> United States District Judge